WENDY MEDURA KRINCEK, ESQ., Bar # 6417
CRYSTAL J. HERRERA, ESQ., Bar # 12396
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
e-mail:  wkrincek@littler.com
email:   cherrera@littler.com

Attorneys for Defendant,
FAMILY DOLLAR, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SMITH,<br><br>            Plaintiff,<br><br>vs.<br><br>FAMILY DOLLAR, INC., a North Carolina Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>            Defendant. | Case No.: 2:15-cv-00945-JCM-PAL<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FAMILY DOLLAR, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff DAVID SMITH (hereinafter "Plaintiff") and Defendant FAMILY DOLLAR, INC. (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint, up to and including June 17, 2015.

This extension is necessary to provide adequate time for recently retained counsel for Defendant to receive and review necessary information in order to prepare an answer or to otherwise respond to the Complaint.  This is the first request for an extension of time to answer or otherwise respond to the Complaint.

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: May 22, 2015.                                  Dated: May 22, 2015.

Respectfully submitted,                               Respectfully submitted,

/s/ James P. Kemp                                     /s/ Crystal J. Herrera
JAMES P. KEMP, ESQ.                                   WENDY MEDURA KRINCEK, ESQ.
KEMP & KEMP                                           CRYSTAL J. HERRERA, ESQ.
                                                      LITTLER MENDELSON, P.C.

Attorney for Plaintiff,                               Attorneys for Defendant,
DAVID SMITH                                           FAMILY DOLLAR, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: _____May 26_____, 2015.


_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.