WENDY MEDURA KRINCEK, ESQ., Bar # 6417
CRYSTAL J. HERRERA, ESQ., Bar # 12396
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
e-mail: wkrincek@littler.com
email:   cherrera@littler.com

Attorneys for Defendant,
FAMILY DOLLAR, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SMITH,<br><br>         Plaintiff,<br><br>vs.<br><br>FAMILY DOLLAR, INC., a North Carolina Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>         Defendant. | Case No.: 2:15-cv-00945-JCM-PAL<br><br>**NOTICE PURSUANT TO LOCAL RULE 16-6(b) AND/OR 16-5 AND REQUEST TO SCHEDULE EARLY NEUTRAL EVALUATION SESSION OR, IN THE ALTERNATIVE, SETTLEMENT CONFERENCE** |

Plaintiff DAVID SMITH ("Plaintiff") and Defendant FAMILY DOLLAR, INC. ("Defendant"), by and though their respective counsel, hereby provide notice pursuant to Local Rule 16-6(b) that the parties to the above-captioned matter have not been referred to the early neutral evaluation ("ENE") and request this matter be referred to the ENE program pursuant to either LR 16-5 or 16-6.  [Dkt. #1].

Pursuant to Local Rule 16-6, all employment discrimination actions filed in this Court are referred to a neutral Magistrate Judge for the scheduling of an ENE session in order to provide the parties with a candid evaluation of the merits of their claims and defenses. In this action, Plaintiff asserts claims for interference and retaliation/discrimination under the Family Medical Leave Act, 29 U.S.C § 2601, *et seq.* ("FMLA"). [Dkt. #1].  Plaintiff also asserts a tort claim for retaliatory

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

discharge in violation of public policy. Local Rule 16-6(b) does not expressly identify FMLA violation claims or retaliatory discharge tort claims as comprising an "employment discrimination action" subject to the ENE program. However, the parties believe the claims asserted are akin to those causes of action that are subject to the ENE programs and that it would benefit the parties to participate in the ENE program.

As provided in Local Rule 16-6(b), in the event an action is not initially assigned to the ENE program, "an action must be assigned to the Program upon the filing by any party of a notice" identifying the grounds for inclusion into the program. Alternatively, Local Rule 16-5 provides that the Court may set a settlement conference at any time in a civil case at its discretion. As such, the parties request this matter be referred for an ENE session.

Dated: July 20, 2015.

Respectfully submitted,

/s/ James P. Kemp, Esq.
JAMES P. KEMP, ESQ.
KEMP & KEMP

Attorneys for Plaintiff,
DAVID SMITH

Dated: July 20, 2015.

Respectfully submitted,

/s/ Crystal J. Herrera, Esq.
WENDY MEDURA KRINCEK, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
FAMILY DOLLAR, INC.

**IT IS ORDERED** that this matter qualifies for and should be referred to the ENE Referral Program.

DATED this 20th day of July, 2015.

Peggy A. Leen
United States Magistrate Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800