1 WENDY MEDURA KRINCEK, ESQ., Bar # 6417
CRYSTAL J. HERRERA, ESQ., Bar # 12396
2 LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
3 Las Vegas, NV  89169-5937
Telephone:    702.862.8800
4 Fax No.:       702.862.8811
e-mail:  wkrincek@littler.com
5 email:   cherrera@littler.com

6 Attorneys for Defendant,
FAMILY DOLLAR, INC.
7

8
                          UNITED STATES DISTRICT COURT
9
                                 DISTRICT OF NEVADA
10

11

12 DAVID SMITH,                                  Case No.: 2:15-cv-00945-JCM-PAL

13                 Plaintiff,

14 vs.                                            **STIPULATION FOR DISMISSAL OF
                                                  ENTIRE ACTION WITH PREJUDICE**
15 FAMILY DOLLAR, INC., a North
Carolina Corporation; DOES I through X;
16 and ROE BUSINESS ENTITIES I through
X, inclusive,
17
                   Defendant.
18

19      The parties to this litigation, by and through their respective counsel of record, hereby

20 stipulate and respectfully request that the Court enter an order dismissing this action in its entirety,

21 with prejudice.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree that each party will bear its own costs and fees.

Dated:  September 29, 2015.                                    Dated:  September 29, 2015.

Respectfully submitted,                                               Respectfully submitted,


/s/ James P. Kemp                                                       /s/ Crystal J. Herrera
JAMES P. KEMP, ESQ.                                           WENDY MEDURA KRINCEK, ESQ.
KEMP & KEMP                                                         CRYSTAL J. HERRERA, ESQ.
                                                                                  LITTLER MENDELSON, P.C.

Attorney for Plaintiff,                                                  Attorneys for Defendant,
DAVID SMITH                                                         FAMILY DOLLAR, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated:  October 5, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.